Albert BERNAT, Movant–Appellant,

v.

STATE of Missouri,
Respondent–Respondent.

No. 57865.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 24, 1990.

Lois M. Drossman, St. Charles and Melinda Kay Pendergraph, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Stewart M. Freilich, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant was convicted, following an *Alford* plea, of forcible rape and sentenced to fifteen years' imprisonment. He appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).